1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| SONIA BARRANTES,<br><br>                Plaintiff,<br><br>    vs.<br><br>PENNCRO ASSOCIATES INC.,<br><br>                Defendant. | CASE NO. 2:11-cv-05671-PA (AGRx)<br><br>**[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)]** |

21

22

23

24

25

     The Court has reviewed the Stipulation of Plaintiff SONIA BARRANTES and Defendant PENNCRO ASSOCIATES INC.,. ("PA") to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

26

27

28

    1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its/her/their own costs and expenses, including attorneys fees.

1

06836.00/180513

1     **IT IS SO ORDERED**

2

3

4

5 DATED: _____                   _____

                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06836.00/180513                             [PROPOSED ORDER RE
                                              STIPULATION RE DISMISSAL
                                              CASE NO. 2-11-cv-05671-PA (AGRx)